**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: February 25, 2026
Docket #: 25-1956
Short Title: Zeng v. Chell

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 1:19-cv-3218
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - John G. Koeltl

**NOTICE OF NON-JURISDICTION**

This is to acknowledge receipt of papers dated 02/23/2026 in the case referenced above. Because this case was mandated on 02/13/2026 this Court no longer has jurisdiction to entertain your request. For this reason, your papers are returned unfiled.

Inquiries regarding this case may be directed to 212-857-8560.